UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSICA M. LESLIE,<br><br>Defendant | Criminal No. 25cr10295<br><br>Violation:<br><br>Count One: Criminal Contempt<br>(18 U.S.C. § 401(3)) |

INFORMATION

COUNT ONE
Criminal Contempt
(18 U.S.C. § 401(3))

The United States Attorney charges:

From or about August 11, 2022 through on or about March 4, 2024, in the District of Massachusetts, the defendant,

JESSICA M. LESLIE,

knowingly and willfully disobeyed and resisted a lawful order, rule, decree, and command of a Court of the United States, that is, Federal Rule of Criminal Procedure 6(e)(2) and the order and command of the Honorable Indira Talwani, United States District Judge, on May 26, 2022, that a grand juror must not disclose a matter occurring before the grand jury, when, on diverse dates, she disclosed information presented to the grand jury to unauthorized individuals, to wit: the names of various witnesses appearing before the grand jury and the substance of their testimony and other evidence presented to the grand jury, all while said information was under seal and not subject to disclosure.

All in violation of Title 18, United States Code, Section 401(3).

                                                    LEAH B. FOLEY
                                                    United States Attorney

                                    By:     _____
                                                      Anne Paruti
Dated: July 11, 2025                                   Assistant United States Attorney