**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Dracut  **Category No.** II  **Investigating Agency** FBI

**City** Dracut
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see list below (MPK)
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Jessica Leslie   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name: _____
Address: Dracut, MA

Birth date (Yr only): 1991   SSN (last 4#): 9575   Sex: F   Race: W   Nationality: USA

**Defense Counsel if known:** Keith Halpern   Address: _____
Bar Number: 545282

**U.S. Attorney Information**

AUSA: Anne Paruti   Bar Number if applicable: 670356

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** n/a

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/11/2025   Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jessica M. Leslie

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. 401(3) | Criminal contempt | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**

SW numbers (all MPK):
24-mj-6137
24-mj-6206, 6207, 6208, 6209

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013