UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**United States of America**
  v.
**Jessica Leslie**

No. 25-cr-10295-IT

### WAIVER OF INDICTMENT

I, Jessica Leslie, the above-named defendant, who is accused of Criminal Contempt

in violation of 18 U.S.C. § 401(3), being advised by counsel of the nature of the charges

and my rights, hereby waives prosecution by indictment and consent that the proceeding

may proceed against me by information.

Jessica Leslie
Defendant

/s/ Keith Halpern
Keith Halpern
BBO # 545282
Counsel for Defendant
572 Washington Street, Suite 19
Wellesley, MA 02482
ksh@keithhalpern.com

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to
the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be
sent to those indicated as non-registered participants on July 17, 2025.

/s/ Keith Halpern