UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** <br>     v. <br> **Jessica Leslie** | No. 25-cr-10295-IT |

DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Jessica Leslie hereby moves the Court to allow her to file a Sentencing Memorandum under seal, and to file a redacted Memorandum on ECF.

Ms. Leslie's Sentencing Memorandum refers to the subject matter of a grand jury proceeding which she wrongfully disclosed.

JESSICA LESLIE
By her Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2025.

/s/ *Keith Halpern*