The Honorable Indira Talwani
U.S District Court
Boston, MA

September 10, 2025

Dear Judge Talwani:

My name is German Picos, and I hope this letter finds you well. I have had the privilege of building a new life and being the boyfriend of Jessica Leslie for the past 5 years. In that time Jessica has become an integral part of my children's lives, taking on the roles of guardian, role model, and best of all a second mother. Jessica has effortlessly brought out the best in me and this has been made possible by her patience, compassion, and her fearless commitment to put in the work needed to achieve our family goals.

Everybody that comes to know Jessica would tell you that she's an extremely hard worker, intelligent, and always leaves a positive opinion on others. She is constantly putting other people's needs before hers and she'll never turn down an opportunity to help a friend in need. In the 5 years that I've known Jessica, she has continuously strived to better herself by seeking self-improvement and consulting with a therapist on a regular basis. She selflessly gives back to her community, and this shows with her career as she was recently promoted to the position of Supervisor for the Department of Children and Families, an organization that she has dedicated close to 10 years of her life to, including pursuing her master's degree in social work at Salem State University. I witnessed her balance her full-time job at DCF while also attending graduate school, completing two internships and graduating as a selected member of the social work honor society. This was all while balancing her family and taking on the role as a second mother to my three children.

Honorable Judge Talwani, I recognize the severity of the situation before you and I fully respect the laws that we have in place that make up our legal process. Jessica is sincerely remorseful, and she wholeheartedly regrets this serious lapse in judgment. The situation that Jessica finds herself in does not in any way define who she is or what she contributes to society. I humbly ask that you take into consideration the positive qualities that truly define Jessica and I beg for leniency. I know she's willing to do whatever it takes to make reparations for her actions but to do so she'll need a second chance from you your honor. I hope you take into consideration my heartfelt letter to you before sentencing and with the power that you wield you can make a fair decision.

Sincerely,

*German Picos* (signature)

German Picos

920 Skyline Drive Apt 19

Dracut, MA 01826

C: 978-328-8530

August 21, 2025

The Honorable Indira Talwani
U.S. District Court
Boston, MA 02210

Your Honor,

My name is Doreen DiCienzo, and I am a supervisor at the Cape Ann DCF office located in Beverly, MA. I have been an employee of DCF since November 1985. I have been a supervisor at the Cape Ann Office since August 1998. I met Jessica Leslie on the first day of her employment with DCF on August 1, 2017. She was assigned to work in my unit, so I was her first direct supervisor. She joined a unit of four other employees, some were senior staff and others were new employees.

Early on, Jessica told me that it was her goal to be a long-term employee of DCF. She planned to take advantage of training opportunities offered by the Department and to eventually attend graduate school.

Jessica had been previously employed with the Department of Transitional Assistance, where she had worked for nearly two years. She worked processing S.N.A.P. benefits. One reason that she left her job at the Department of Transitional Assistance is because she wanted to have more direct contact with clients and be able to work more extensively with the population utilizing services. Jessica immediately said that her goal was to have a long-term career with the Department of Children and Families.

As an ongoing social worker, Jessica was assigned cases that involved abuse and neglect. Many of the families with whom she worked had issues related to domestic violence and substance abuse. She was also assigned to cases involving children who were subjects of CRA petitions. The job of a social worker for DCF is very demanding and challenging. There are many responsibilities which includes case management, crisis intervention, assessment of families, visits to the home of assigned families and collaboration with numerous providers. Jessica was assigned to work with intact families as well as those with involvement with Essex County Juvenile Court either through a Care and Protection petition or a CRA petition. Social workers are required to appear in court for hearings and on almost every occasion, produce a written report for the court. Reports include updated information on a family, and others are for Permanency Hearings held yearly. If a social worker is the petitioner for a Care and Protection, the social worker is responsible for writing the affidavit. Jessica had experience in each of those types of situations.

I recall praising her written work, her ability to be respectful of the families with whom we work, as well as having rapport with families even in the more conflictual cases. Attorneys who worked with Jessica consistently complimented her solid work ethic, her relationships with families, her collaboration with them, and the written reports she provided to the court. I recall the attorneys that are employed by DCF telling me on more than one occasion that the Judge had high praise for her work.

As her supervisor, I was always confident in her work ethic, and many times would assign her the more difficult cases including those that were court involved. Fellow employees, including fellow supervisors, also highly praised her work. She often went the extra mile to deliver quality work with each family member. She was skilled at organizing meetings with providers and family members which also usually meant more work, but the effectiveness was consistently seen.

During the time that Jessica was supervised by me, she chose to spend her time having lunch, having coffee or debriefing on work matters with me as well as one of the unit members who was also middle-aged. She made a conscience decision not to socialize with groups that were known for gossip. She told me directly; she did not want to gossip and did not want to be part of any drama which often occurred within those groups. Along the way, she formed solid relationships with members of our unit. She also took new social workers under her wing and provided them with a great deal of on hands teaching including accompanying her to visits and meetings. This was not part of her job responsibilities, but she did so in order to mentor new employees.

I supervised Jessica until the time that she left her position as an ongoing social worker and started a job at Regional Office. My style as a supervisor is to work closely by the side of new employees and to remain closely involved with the more difficult cases. This means that I have a lot of direct knowledge of Jessica's work ethic and integrity. There has never been a time that I was concerned out her breaking confidentiality in any of the cases that she was assigned. I was never concerned about the accuracy of her verbal reports to me and her written documentation.

Jessica has a solid background working with children diagnosed with Autism. During her time as my supervisee, she often worked a second and third job outside of the Department of Children and Families. One of the jobs was working at the Rec in Peabody. The Rec offered recreational and social activities to children diagnosed with Autism. In addition, she worked for a family with children with Autism and often cared for the children on weekends, if the parents had a special event to attend. There were also occasions when she stayed with the children at their home for an extended period while the parents were out for the day or evening or an extended weekend or vacation.

Jessica earned a Fellowship through DCF, and she earned a Master of Social Work degree. During that time, she took classes, carried a partial ongoing case load, and was placed in two different internships within the office. She was also selected for a grand jury with the load she was carrying. When she completed her degree, she entered the Leadership program offered by the Department.

When Jessica was selected as a member of the grand jury, she was balancing the demands of her job, attending graduate school and going through a divorce. It was a highly stressful time for her. When she began on the grand jury, her workload was not adjusted, therefore, she had one less day to complete needed job duties in an already adjusted schedule.

Jessica has always presented herself with goals, determination, and drive. The situation that she faces currently is what I would characterize as completely out of character.

Thank you for taking the time to read this letter. I hope it helps to capture the person that Jessica Leslie is.

Respectfully submitted,

*/s/ Doreen DiCienzo*

Doreen DiCienzo

The Honorable Indira Talwani
United States District Court
Boston, Massachusetts

Dear Judge Talwani,

I am writing in support of Jessica Leslie as she appears before the Court.

I have known Jessica as a deeply committed professional who has worked as a social worker for a decade. Throughout her career, she has dedicated herself to serving and uplifting vulnerable individuals and families. In that time, she has touched the lives of hundreds of people – providing not only critical services but also hope, compassion, and guidance in moments of great difficulty.

Jessica is both a strong social worker and a strong advocate. She has consistently demonstrated integrity, empathy, and an unwavering commitment to justice and fairness. Her work has gone far beyond her job description; she has been a voice for those who often cannot speak for themselves and has created positive change in countless lives. As a social worker for the Department of Children and Families, the lives of her clients were at the forefront of her work each and every day. I have personally watched Jessica fight for children to be placed with family and stay in the communities that they call home. Jessica's role as a social worker was fueled by her desire not just to help people, but to uplift them and assist them in gaining access to equity.

I understand the seriousness of the matter before the Court and I do not wish to minimize the circumstances that have brought Jessica here today. Throughout this entire court involvement Jessica has remained committed to complete honesty and integrity, even when it has been incredibly difficult. However, I respectfully ask that you also consider her years of service, her dedication to her community, and the positive impact she continues to have on others. Jessica has proven, through her actions, that she is a person of character, compassion, and resilience.

It is my belief that Jessica still has much to contribute to her family, her profession, and her community. I hope the Court will consider her longstanding commitment to helping others, her dedication to her community, and her passion for being a strong advocate into account.

Thank you for your time and consideration,

Sarah Petty